# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
Plaintiff,

v.

Case No. 3:13-CR-00063[6]

WENDELL YOUNG
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for WENDELL YOUNG hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the CENTRAL DIST. OF CALIFORNNIA.

Attached is a Certificate of Good Standing from that Court.

s/ *[signature]*
Signature

Name: MONTIE M. REYNOLDS, CAL BAR #131588

Address: PMB 414 P.O. BOX 6848, BIG BEAR LAKE, CA 92315

Address: 923 E. VALLEY BLVD., SUITE 201, SAN GABRIEL, CA 91776

Address:

Phone: 626 288 9700

Email: molaw@att.net

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

*[Handwritten annotation next to caption: "ORDER This motion GRANTED [signature] 7-24-13"]*