IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 3:13-CR-00063(6) |
| ) | JUDGE WILLIAM J. HAYNES |
| WENDELL YOUNG, ET AL. ) | |
| Defendants. ) | |

## MOTION SUBSTITUTING COUNSEL

Comes Jeffery S. Frensley, of the law firm Ray & Frensley, who files this Motion substituting himself as counsel of record in this matter instead of John E. Rodgers, Jr. who is currently appointed counsel in this matter.

Respectfully Submitted,

s/ Jeffery S. Frensley
JEFFERY S. FRENSLEY, ESQ. - #17358
211 Third Avenue North
P. O. Box 198288
Nashville, TN 37219-8288
(615) 256-2111